Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Justin S. Hepworth (NV Bar No. 10080)
justin.hepworth@clydeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900

*Attorneys for Defendant*
*Travelers Property Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RON ROSSER, an individual,<br><br>Plaintiff<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY; DOES 1 through 10; and ROE CORPORATIONS 11 through 20,<br><br>Defendant | CASE NO.:  2:25-cv-01140-CDS-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated: September 5, 2025

| RUESCH REEVE WERRETT & JONES, PLLC | CLYDE & CO US LLP |
|---|---|
| */s/ Travis Dunsmoor*<br>Travis Dunsmoor<br>Nevada Bar No. 13111<br>86 N. 3400 W.<br>Hurricane, Utah 84737<br>Telephone: (435) 635-7737<br>E-mail: travis@rrlegal.com<br>*Attorneys for Plaintiff Ron Rosser* | */s/ Justin S. Hepworth*<br>Justin S. Hepworth (NV Bar No. 10080)<br>7251 W. Lake Mead Blvd., Suite 430<br>Las Vegas NV  89128<br>Telephone: 725-248-2900<br>E-mail: justin.hepworth@clydeco.us<br>*Attorneys for Defendant*<br>*Travelers Property Casualty Insurance Company* |

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

*Rosser v. Travelers*
Case No. 2:25-cv-01140-CDS-NJK
STIPULATION OF DISMISSAL WITH PREJUDICE

Based upon the parties' stipulation this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: September 9, 2025

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

CLYDE & CO US LLP


*/s/ Justin S. Hepworth*
Justin S. Hepworth (NV Bar No. 10080)
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone: 725-248-2900
E-mail: justin.hepworth@clydeco.us
*Attorneys for Defendant*
*Travelers Property Casualty Insurance Company*

- 2 -